IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW D BLISS,                          No. 11-05988 CW

        Plaintiff,                        ORDER VACATING
                                          CASE MANAGEMENT
    v.                                    CONFERENCE AND
                                          SETTING BRIEFING
24 HOUR FITNESS, et al.,                  SCHEDULE

        Defendants.
_____/

    A case management conference is not required in this case.
The case management conference previously set for March 21, 2012,
is vacated.

    Plaintiff shall file a motion to compel arbitration in a
single brief of no more than twenty-five pages on Thursday,
January 19, 2012.

    Defendant shall file an opposition to the motion to compel
arbitration in a single brief of no greater than twenty-five pages
on Thursday, February 2, 2012.

    Plaintiff may file a reply to the motion to compel
arbitration of no greater than fifteen pages on Thursday, February
9, 2012.  The hearing will be held on Thursday, February 23, 2012
at 2:00 p.m. in Courtroom 2.

Dated: 12/13/2011

_____
CLAUDIA WILKEN
United States District Judge